310

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67746.—Cajo Trading, Inc., and Advance Shipping et al. *v.* United States, protests 62/14678, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67747.—Page & Jones, for Transamerican Match Corporation et al. *v.* United States, protests 62/15052, et. (Mobile).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67748.—Cajo Trading, Inc., et al. *v.* United States, protests 62/15057, etc. (Mobile).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67749.—Ernest Greenwood Company *v.* United States, protest 62/15963–16663 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in